**Opinion issued April 7, 2020**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-20-00258-CR

———————————

### IN RE ROBERT GLEN DAVIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Robert Glenn Davis, has filed a second petition for writ of mandamus,[1] asking that we compel the trial court to grant his Texas Open Records Request for copies of his trial court record, including the offense report, EMS report,

---

[1] Davis filed a previous petition for writ of mandamus, seeking the exact same relief from the same trial court in cause number 01-19-00907-CR, which was denied by opinion issued on March 10, 2020.

hospital records of the victim, witness statements, detective investigation report, his statement, and a videotape of the victim.[2] We deny the petition.

Section 552.028 states that "a governmental body is not required to accept or comply with a request for information from . . . an individual who is imprisoned or confined in a correctional facility. . . ." TEX. GOV'T CODE § 552.028. The record indicates that relator is an inmate in the Texas Department of Criminal Justice. Accordingly, the trial court correctly refused to grant relator's request. *See Cox v. State*, 202 S.W.3d 454, 455 (Tex. App.—Amarillo 2006, no pet.).

We deny the petition. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] The underlying case is *The State of Texas v. Robert Glen Davis*, cause number 903461, in the 184th District Court of Harris County, Texas, the Honorable Abigail Anastasio presiding.